ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 10-63101-B-7F |
| EUFRACIO HILARIO, JR. and MILAGROS HILARIO, | DC No. RHT-2 |
| | **TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION (11 U.S.C. Sec. 363(b)(1);(f))** |
| Debtors. _____/ | Date: June 8, 2011<br>Time: 10:00 a.m.<br>Dept: B |

Robert Hawkins, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on November 11, 2010  Robert Hawkins was appointed Chapter 7 Trustee on or about November 11, 2010.

3. Among the assets of the estate are a 2003 Porsche Boxter Cabriolet and a 2004 Toyota RAV4.

4. The Trustee wishes to sell the subject assets so that the proceeds can benefit the estate. The Trustee has elected to sell the subject asset by means of a public auction to be held on June 25, 2011 at 9:00 a.m. at Highways 198 & 43, Hanford, California.

5. The Trustee believes that the sale is in the best interests of the estate.

6. The Trustee is informed and believes that there are no known liens against the assets to be sold.

7. The property proposed to be sold constitutes a portion of the personal property in possession of the debtors at the time the case was filed.

**WHEREFORE**, Movant prays as follows:

1. For an Order approving the public auction sale of the subject property described above to be held on June 25, 2011 at 9:00 a.m. at Highways 198 & 43, Hanford, California; and

2. For such other and further relief as the Court deems just and proper.

**DATED:** MAY 4, 2011

/S/
ROBERT HAWKINS,
Chapter 7 Trustee